IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CRIMINAL NO. 2:07-cr-23-KS-MTP-001

ADRIAN DOUGLAS WILSON

ORDER

THIS CAUSE IS BEFORE THE COURT on Defendant's Amended Motion to Correct Error in the Record [75] filed by Adrian Douglas Wilson. The Court finds that for the reasons stated in this Court's Order [74] denying [71] Motion to Correct an Error, this Court **denies** Defendant's Amended Motion [75]. The Court clearly stated what it intended in document [74]. Petitioner is entitled to credit for the time that he was incarcerated on the instant charge but he is not to be given credit for any time concurrently served on his Northern District conviction until after September 10, 2008, the date of his sentencing in the instant case.

SO ORDERED this the __29th__ day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　__s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE